**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CORTNEY BRYANT | : | |
| Petitioner | : | |
| v. | : | Civil Action No. CCB-06-2650 |
| JAMES PEGUESE, et al. | : | |
| Respondents | ..o0o.. | |

**MEMORANDUM**

On October 10, 2006, Cortney Bryant, an inmate at the Maryland House of Correction, filed this pro se motion for appointment of counsel and other relief of an unspecified nature. The court has construed the pleading as a motion for writ of habeas corpus.

In the instant pleading, Bryant neither indicates the nature of his complaint nor states a cognizable cause of action. Bryant does not have any other actions pending before this court, and presents no basis for appointment of counsel. The court will dismiss the motion without prejudice, and direct the Clerk to provide Bryant with information for filing prisoner civil rights and habeas proceedings. A separate order follows.

| | |
|---|---|
| __October 20, 2006__ | _____/s/_____ |
| Date | Catherine C. Blake |
| | United States District Judge |